**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Evangelos G. Kakos                        CHAPTER 13
       Desiree M. Kakos

              Debtor(s)                        BKY. NO. 21-10217 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                       Respectfully submitted,

                                /s/ *Rebecca Solarz*
                                Rebecca Solarz
                                03 Feb 2021, 16:35:58, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322