**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Desiree M. Kakos | : | Chapter 13 |
|     Evangelos G. Kakos | : | |
|         Debtor(s) | : | Case No.:  21-10217-AMC |
| | : | |

**ORDER**

AND NOW, this _____ day of _____ , 2021, upon

consideration of the within Motion to Extend Time to File Required Documents, it is

hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an

extension to file all required documents with the Court on or before February 25, 2021.

**Date: February 12, 2021**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE