UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                           Bankr. Case No. 21-10217-AMC

Desiree M. Kakos and Evangelos G. Kakos                                           Chapter 13

      Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                         ACAR Leasing Ltd. d/b/a GM Financial Leasing
                         PO Box 183853
                         Arlington, TX  76096

                                             By /s/ Mandy Youngblood

                         Mandy Youngblood
                         PO Box 183853
                         Arlington, TX  76096
                         877-203-5538
                         877-259-6417
                         Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 21-10217-AMC

Desiree M. Kakos and Evangelos G. Kakos  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 7, 2021 :

| | |
|---|---|
| BRAD J. SADEK<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | William Miller<br>583 Bourse Building<br>111 So. Independence<br>Philadelphia, PA 19106 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx00087 / 1036592