UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                             Bankr. Case No. 21-10217

Desiree M. Kakos & Evangelos G. Kakos                           Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        Daimler Trust
                        c/o BK Servicing, LLC
                        PO Box 131265
                        Roseville, MN  55113-0011

                        BK Servicing, LLC

                      By  /s/ Ed Gezel_____

                        Ed Gezel, Agent
                        BK Servicing, LLC
                        PO Box 131265
                        Roseville, MN  55113-0011
                        651-366-6390
                        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 18, 2021 :

Brad J. Sadek  
Sadek And Cooper  
1315 Walnut Street  
Suite 502  
Philadelphia, PA  19107

William C. Miller, Esq.  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

By /s/ Ed Gezel, Agent  
Ed Gezel

517218