Certificate Number: 03088-PAE-DE-035509941

Bankruptcy Case Number: 21-10217



03088-PAE-DE-035509941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 28, 2021</u>, at <u>7:30</u> o'clock <u>PM CDT</u>, <u>Desiree M Kakos</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 29, 2021</u>

By:  <u>/s/Lorenza Rodriguez for Maria Arreguin</u>

Name:  <u>Maria Arreguin</u>

Title:  <u>Counselor</u>