Certificate Number: 03088-PAE-DE-035509943

Bankruptcy Case Number: 21-10217



03088-PAE-DE-035509943

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on March 28, 2021, at 7:30 o'clock PM CDT, Evangelos G Kakos completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 29, 2021                By:     /s/Lorenza Rodriguez for Maria Arreguin

                                      Name:   Maria Arreguin

                                      Title:  Counselor