Certificate Number: 03088-PAE-DE-035509943

Bankruptcy Case Number: 21-10217



03088-PAE-DE-035509943

# C**ERTIFICATE** O**F** D**EBTOR** E**DUCATION**

I CERTIFY that on March 28, 2021, at 7:30 o'clock PM CDT, Evangelos G Kakos completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 29, 2021

By:   /s/Lorenza Rodriguez for Maria Arreguin

Name:   Maria Arreguin

Title:   Counselor