| CO | FILE | DEPT | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| UT1 | 910175 | 001002 | 34 001002 | 0021134125 | 001-0003 |

# Earnings Statement

**EURO MOTORCARS**
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Period Beginning: 07/27/2020
Period Ending: 08/09/2020
Pay Date: 08/14/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

**EVANGELOS KAKOS**
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 18,956.21 | 78,088.97 |
| Demo | | | 500.00 | 4,500.00 |
| COVBON | | | | 5,692.00 |
| Drw | | | | 7,000.00 |
| Holiday | | | | 2,049.84 |
| Sick | | | | 1,476.96 |
| Spf | | | | 50.00 |
| Vacation | | | | 3,692.40 |
| **Gross Pay** | | | **$19,456.21** | 102,550.17 |

| Other | this period | year to date |
|---|---|---|
| Unum Life | | 282.54 |
| **Net Pay** | **$11,382.34** | |
| Checking 1 | -10,782.93 | |
| **Net Check** | **$599.41** | |

Your federal taxable wages this period are $19,456.21

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -3,100.76 | | 11,702.34 |
| Social Security Tax | -1,206.29 | | 5,929.44 |
| Medicare Tax | -282.11 | | 1,386.72 |
| PA State Income Tax | -597.31 | | 2,929.96 |
| East Pikelan Income Tax | -243.20 | | 1,192.99 |
| PA SUI/SDI Tax | -11.67 | | 61.53 |
| **Other** | | | |
| Advancement | -2,500.00 | | 2,500.00 |
| Am Fid Posttax | -123.00 | | 1,287.40 |
| Colonial Posttx | -9.53 | | 927.63 |
| Ally Health | | | 13.80 |
| Euro Pa Den Fam | | | 445.91 |
| Euro Vision Fam | | | 155.89 |
| Penn Plan 12 | | | 6,197.63 |
| Roth 401K | | | 874.67 |
| Umum Add | | | 15.64 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 197.34 |
| Sick Bal | | 16.00 |
| Vacation Bal | | 40.00 |
| **Deposits** | | |
| Account No. | | xxxxxx5217 |
| Transit/ABA | | xxxx xxxx |
| Amount | | $10,782.93 |

© 2000 ADP, LLC

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

UT1                                13-39/420
Payroll check number: 0021134125
Pay date: 08/14/2020

Pay to the order of: **EVANGELOS KAKOS**

This amount: FIVE HUNDRED NINETY NINE AND 41/100 DOLLARS          $599.41

ASSISTANCE WITH VERIFICATION AVAILABLE  VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS




# Earnings Statement

**ADP**

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Period Beginning: 08/24/2020
Period Ending: 09/06/2020
Pay Date: 09/11/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 54.00 | | |
| Drw | | | 500.00 | 8,000.00 |
| Vacation | 92.3100 | 24.00 | 2,215.44 | 7,384.80 |
| Commission | | | | 78,088.97 |
| COVBON | | | | 5,692.00 |
| Demo | | | | 4,500.00 |
| Holiday | | | | 2,049.84 |
| Sick | | | | 1,476.96 |
| Spf | | | | 50.00 |
| **Gross Pay** | | | **$2,715.44** | 107,242.57 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.18 | 11,868.82 |
| | Social Security Tax | -141.40 | 6,166.45 |
| | Medicare Tax | -33.07 | 1,442.15 |
| | PA State Income Tax | -70.02 | 3,047.32 |
| | East Pikelan Income Tax | -28.51 | 1,240.78 |
| | PA SUI/SDI Tax | -1.63 | 64.35 |
| | **Other** | | |
| | Am Fid Posttax | -123.00 | 1,533.40 |
| | Euro Pa Den Fam | -26.23* | 498.37 |
| | Euro Vision Fam | -9.17* | 174.23 |
| | Penn Plan 12 | -381.85* | 6,961.33 |
| | Umum Add | -0.92* | 17.48 |
| | Unum Life | -16.62* | 315.78 |
| | Advancement | | 2,500.00 |
| | Ally Health | | 13.80 |

| Other | this period | year to date |
|---|---|---|
| Colonial Posttx | | 994.26 |
| Roth 401K | | 874.67 |
| **Net Pay** | **$1,758.84** | |
| Checking 1 | -1,407.07 | |
| Checking 2 | -351.77 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,280.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 197.34 |
| Sick Bal | | 16.00 |
| Vacation Bal | | 0.00 |

© 2000 ADP, LLC

---

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000370001
Pay date: 09/11/2020

Deposited to the account of: EVANGELOS KAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5217 | xxxx xxxx | $1,407.07 |
| xxxxxx5818 | xxxx xxxx | $351.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

```
CO.   FILE   DEPT.   CLOCK   VCHR.NO.
UT1   910175 001002          000900900
                     34 001002
                     007-0003
```

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Period Beginning: 09/15/2020
Period Ending: 09/15/2020
Pay Date: 09/15/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE  PA  19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 8,009.03 | 86,098.00 |
| Demo | | | 500.00 | 5,000.00 |
| COVBON | | | | 5,692.00 |
| Drw | | | | 8,000.00 |
| Holiday | | | | 2,049.84 |
| Sick | | | | 1,476.96 |
| Spf | | | | 50.00 |
| Vacation | | | | 7,384.80 |
| **Gross Pay** | | | **$8,509.03** | 115,751.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -697.17 | 12,565.99 |
| | Social Security Tax | -527.56 | 6,694.01 |
| | Medicare Tax | -123.39 | 1,565.54 |
| | PA State Income Tax | -261.23 | 3,308.55 |
| | East Pikelan Income Tax | -106.36 | 1,347.14 |
| | PA SUI/SDI Tax | -5.10 | 69.45 |
| | **Other** | | |
| | Advancement | | 2,500.00 |
| | Ally Health | | 13.80 |
| | Am Fid Posttax | | 1,533.40 |
| | Colonial Posttx | | 994.26 |
| | Euro Pa Den Fam | | 498.37 |
| | Euro Vision Fam | | 174.23 |
| | Penn Plan 12 | | 6,961.33 |
| | Roth 401K | | 874.67 |
| | Umum Add | | 17.48 |

| Other | this period | year to date |
|---|---|---|
| Unum Life | | 315.78 |
| **Net Pay** | **$6,788.22** | |
| Checking 1 | -5,430.58 | |
| Checking 2 | -1,357.64 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $8,509.03

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 197.34 |
| Sick Bal | | 16.00 |
| Vacation Bal | | 0.00 |

©2000 ADP, LLC

---

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000380001
Pay date: 09/15/2020

Deposited to the account of
EVANGELOS KAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5217 | xxxx xxxx | $5,430.58 |
| xxxxxx5818 | xxxx xxxx | $1,357.64 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Case 21-10217-amc   Doc 27   Filed 03/31/21   Entered 03/31/21 16:17:33   Desc Main
Document      Page 4 of 14

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| UT1 | 910175 | 001002 | 34 001002 | 0021158823 |

Page 1(Con't Next Page)   001-0003

*EURO MOTORCARS*
*358 BROADWAY SUITE 403*
*SARATOGA SPRINGS, NY 12866*

# Earnings Statement

Period Beginning: 09/21/2020
Period Ending: 10/04/2020
Pay Date: 10/09/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

**EVANGELOS KAKOS**
**301 FAWN LANE**
**PHOENIXVILLE PA 19460**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 77.20 | | |
| Drw | | | 500.00 | 9,000.00 |
| Sick | 92.3100 | 8.00 | 738.48 | 2,215.44 |
| Commission | | | | 86,098.00 |
| COVBON | | | | 5,692.00 |
| Demo | | | | 5,000.00 |
| Holiday | | | | 2,049.84 |
| Spf | | | | 50.00 |
| Vacation | | | | 7,384.80 |
| **Gross Pay** | | | **$1,238.48** | 117,490.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -49.83 | 6,754.00 |
| | Medicare Tax | -11.66 | 1,579.57 |
| | PA State Income Tax | -24.67 | 3,335.22 |
| | East Pikelan Income Tax | -10.05 | 1,358.01 |
| | PA SUI/SDI Tax | -0.74 | 70.49 |
| | Federal Income Tax | | 12,565.99 |
| | **Other** | | |
| | Am Fid Posttax | -196.44 | 1,779.40 |
| | Euro Pa Den Fam | -26.23* | 550.83 |
| | Euro Vision Fam | -9.17* | 192.57 |
| | Penn Plan 12 | -381.85* | 7,725.03 |
| | Umum Add | -0.92* | 19.32 |
| | Unum Life | -16.62* | 349.02 |
| | Advancement | | 2,500.00 |
| | Ally Health | | 13.80 |

| Other | this period | year to date |
|---|---|---|
| Colonial Posttx | | 994.26 |
| Roth 401K | | 874.67 |
| **Net Pay** | **$510.30** | |
| Checking 1 | -408.24 | |
| **Net Check** | **$102.06** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $803.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 296.01 |
| Sick Bal | | 8.00 |
| Vacation Bal | | 0.00 |

**Deposits**
Account No.                  xxxxxx9079
Transit/ABA                  xxxx xxxx
Pending

Account No.                  xxxxxx5217
Transit/ABA                  xxxx xxxx
Amount                       $408.24

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT

© 2000 ADP, LLC

---

UT1                                                   13-39/420
*EURO MOTORCARS*                Payroll check number: 0021158823
*358 BROADWAY SUITE 403*        Pay date: 10/09/2020
*SARATOGA SPRINGS, NY 12866*

Pay to the order of:  **EVANGELOS KAKOS**

This amount: **ONE HUNDRED TWO AND 06/100 DOLLARS**                $102.06

ASSISTANCE   VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS




| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| UT1 | 910175 | 001002 | 34 001002 | 00000420001 |

006-0003

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

# Earnings Statement  ADP

Period Beginning: 10/15/2020
Period Ending: 10/15/2020
Pay Date: 10/15/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 6,715.46 | 92,813.46 |
| Demo | | | 500.00 | 5,500.00 |
| COVBON | | | | 5,692.00 |
| Drw | | | | 9,000.00 |
| Holiday | | | | 2,049.84 |
| Sick | | | | 2,215.44 |
| Spf | | | | 50.00 |
| Vacation | | | | 7,384.80 |
| **Gross Pay** | | | **$7,215.46** | 124,705.54 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -541.94 | 13,107.93 |
| | Social Security Tax | -447.36 | 7,201.36 |
| | Medicare Tax | -104.62 | 1,684.19 |
| | PA State Income Tax | -221.51 | 3,556.73 |
| | East Pikelan Income Tax | -90.19 | 1,448.20 |
| | PA SUI/SDI Tax | -4.33 | 74.82 |
| | **Other** | | |
| | Advancement | | 2,500.00 |
| | Ally Health | | 13.80 |
| | Am Fid Posttax | | 1,779.40 |
| | Colonial Posttx | | 994.26 |
| | Euro Pa Den Fam | | 550.83 |
| | Euro Vision Fam | | 192.67 |
| | Penn Plan 12 | | 7,725.03 |
| | Roth 401K | | 874.67 |
| | Umum Add | | 19.32 |

| Other | this period | year to date |
|---|---|---|
| Unum Life | | 349.02 |
| **Net Pay** | **$5,805.51** | |
| Checking 1 | -4,644.41 | |
| Checking 2 | -1,161.10 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $7,215.46

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 296.01 |
| Sick Bal | | 8.00 |
| Vacation Bal | | 0.00 |

© 2000 ADP, LLC

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000420001
Pay date: 10/15/2020

Deposited to the account of
EVANGELOS KAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5217 | xxxx xxxx | $4,644.41 |
| xxxxxx9079 | xxxx xxxx | $1,161.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 0T1 | 910175 | 001002 | 086046891 | |
| | | | 34 001002 | |
| | | | | 006-0003 |

*EURO MOTORCARS*
*358 BROADWAY SUITE 403*
*SARATOGA SPRINGS, NY 12866*

Period Beginning: 11/13/2020
Period Ending: 11/13/2020
Pay Date: 11/13/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 8,708.82 | 101,522.28 |
| Demo | | | 500.00 | 6,000.00 |
| COVBON | | | | 5,692.00 |
| Drw | | | | 10,000.00 |
| Holiday | | | | 2,049.84 |
| Sick | | | | 2,215.44 |
| Spf | | | | 50.00 |
| Vacation | | | | 7,384.80 |
| **Gross Pay** | | | **$9,208.82** | 134,914.36 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -790.80 | 13,898.73 |
| | Social Security Tax | -570.94 | 7,780.39 |
| | Medicare Tax | -133.53 | 1,819.61 |
| | PA State Income Tax | -282.71 | 3,843.44 |
| | East Pikelan Income Tax | -115.11 | 1,564.95 |
| | PA SUI/SDI Tax | -5.53 | 80.95 |
| | **Other** | | |
| | Am Fid Posttax | -131.80 | 2,025.40 |
| | Advancement | | 2,500.00 |
| | Ally Health | | 13.80 |
| | Colonial Posttx | | 994.26 |
| | Euro Pa Den Fam | | 603.29 |
| | Euro Vision Fam | | 210.91 |
| | Penn Plan 12 | | 8,488.73 |
| | Roth 401K | | 874.67 |
| | Umum Add | | 21.16 |

| Other | this period | year to date |
|---|---|---|
| Unum Life | | 382.26 |
| **Net Pay** | **$7,178.40** | |
| Checking 1 | -5,742.72 | |
| Checking 2 | -1,435.68 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $9,208.82

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 296.01 |
| Sick Bal | | 8.00 |
| Vacation Bal | | 0.00 |

© 2000 ADP, LLC

---

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000460001
Pay date: 11/13/2020

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| EVANGELOS KAKOS | xxxxx5217 | XXXX XXXX | $5,742.72 |
| | xxxxxx9079 | XXXX XXXX | $1,435.68 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| UT1 | 910175 | 001002 | 000094661 34 001002 | |

009-0003

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

## Earnings Statement

**ADP**

Period Beginning: 11/30/2020
Period Ending: 12/13/2020
Pay Date: 12/18/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE  PA  19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 89.90 | | |
| Bonus | | | 550.00 | 550.00 |
| Drw | | | 500.00 | 11,500.00 |
| Commission | | | | 109,453.89 |
| COVBON | | | | 5,692.00 |
| Demo | | | | 6,500.00 |
| Holiday | | | | 2,788.32 |
| Sick | | | | 2,963.92 |
| Spf | | | | 50.00 |
| Vacation | | | | 7,384.80 |
| **Gross Pay** | | | **$1,050.00** | **146,872.73** |

| Other | this period | year to date |
|---|---|---|
| Ally Health | | 13.80 |
| Colonial Posttx | | 994.26 |
| Roth 401K | | 874.67 |

**Net Pay**   $0.00

**Net Check**   $0.00

* Excluded from federal taxable wages
Your federal taxable wages this period are $615.21

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 98.67 | 394.68 |
| Euro 401K Match | | 874.67 |
| Sick Bal | | 0.00 |
| Vacation Bal | | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -44.26 | 8,447.06 |
| | Medicare Tax | -10.35 | 1,975.52 |
| | PA State Income Tax | -18.89 | 4,170.51 |
| | East Pikelan Income Tax | -7.69 | 1,698.13 |
| | PA SUI/SDI Tax | -0.63 | 88.12 |
| | Federal Income Tax | | 14,586.59 |
| | **Other** | | |
| | Advancement | -410.39 | 2,910.39 |
| | Am Fid Posttax | -123.00 | 2,394.40 |
| | Euro Pa Den Fam | -26.23* | 681.98 |
| | Euro Vision Fam | -9.17* | 238.42 |
| | Penn Plan 12 | -381.85* | 9,634.28 |
| | Umum Add | -0.92* | 23.92 |
| | Unum Life | -16.62* | 432.12 |

©2000 ADP, LLC

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000514001
Pay date: 12/18/2020

Deposited to the account of
EVANGELOS KAKOS

| account number | transit ABA | amount |
|---|---|---|

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.  FILE   DEPT.  CLOCK  VCHR. NO.
UT1  910175 001002    34   001002
                              006-0003
```

*EURO MOTORCARS*
*358 BROADWAY SUITE 403*
*SARATOGA SPRINGS, NY 12866*

# Earnings Statement

**ADP**

Period Beginning: 12/15/2020
Period Ending:   12/15/2020
Pay Date:        12/15/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA:      N/A

**EVANGELOS KAKOS**
**301 FAWN LANE**
**PHOENIXVILLE PA 19460**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 7,931.41 | 109,453.69 |
| Demo | | | 500.00 | 6,500.00 |
| COVBON | | | | 5,692.00 |
| Drw | | | | 11,000.00 |
| Holiday | | | | 2,788.32 |
| Sick | | | | 2,953.92 |
| Spf | | | | 50.00 |
| Vacation | | | | 7,384.80 |
| **Gross Pay** | | | **$8,431.41** | 145,822.73 |

| Other | this period | year to date |
|---|---|---|
| Unum Life | | 415.50 |
| **Net Pay** | **$6,729.26** | |
| Checking 1 | -5,383.41 | |
| Checking 2 | -1,345.85 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $8,431.41

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -687.86 | | 14,586.59 |
| | Social Security Tax | -522.75 | | 8,402.80 |
| | Medicare Tax | -122.25 | | 1,965.17 |
| | PA State Income Tax | -258.84 | | 4,151.62 |
| | East Pikelan Income Tax | -105.39 | | 1,690.44 |
| | PA SUI/SDI Tax | -5.06 | | 87.49 |

| Other | | |
|---|---|---|
| Advancement | | 2,500.00 |
| Ally Health | | 15.80 |
| Am Fid Posttax | | 2,271.40 |
| Colonial Postix | | 994.26 |
| Euro Pa Den Fam | | 655.75 |
| Euro Vision Fam | | 229.25 |
| Penn Plan 12 | | 9,252.43 |
| Roth 401K | | 874.67 |
| Umum Add | | 23.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 296.01 |
| Sick Bal | | 0.00 |
| Vacation Bal | | 0.00 |

©2000 ADP, LLC

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000510001
Pay date:       12/15/2020

**THIS IS NOT A CHECK**

Deposited to the account of
**EVANGELOS KAKOS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5217 | xxxx xxxx | $5,383.41 |
| xxxxxx9079 | xxxx xxxx | $1,345.85 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| UT1 | 910176 | 001002 | 0000530001 | 1 |
| | | 34 001002 | | |
| | | 010-0003 | | |

# Earnings Statement

**ADP**

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Period Beginning: 12/14/2020
Period Ending: 12/27/2020
Pay Date: 12/31/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 70.90 | | |
| Drw | | | 500.00 | 12,000.00 |
| Holiday | 92.3100 | 8.00 | 738.48 | 3,526.80 |
| Bonus | | | | 550.00 |
| Commission | | | | 109,453.69 |
| COVBON | | | | 5,692.00 |
| Demo | | | | 6,500.00 |
| Sick | | | | 2,953.92 |
| Spf | | | | 50.00 |
| Vacation | | | | 7,384.80 |
| **Gross Pay** | | | **$1,238.48** | 148,111.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -49.83 | 8,496.89 |
| | Medicare Tax | -11.66 | 1,987.18 |
| | PA State Income Tax | -24.67 | 4,195.18 |
| | East Pikelan Income Tax | -10.05 | 1,708.18 |
| | PA SUI/SDI Tax | -0.75 | 88.87 |
| | Federal Income Tax | | 14,586.59 |
| | **Other** | | |
| | Advancement | -139.61 | 3,050.00 |
| | Euro Pa Den Fam | -26.23* | 708.21 |
| | Euro Vision Fam | -9.17* | 247.59 |
| | Penn Plan 12 | -381.85* | 10,016.13 |
| | Umum Add | -0.92* | 24.84 |
| | Unum Life | -16.62* | 448.74 |
| | Ally Health | | 13.80 |

| Other | this period | year to date |
|---|---|---|
| Am Fid Posttax | | 2,394.40 |
| Colonial Posttx | | 994.26 |
| Roth 401K | | 874.67 |
| **Net Pay** | **$567.12** | |
| Checking 1 | -453.70 | |
| Checking 2 | -113.42 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $803.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 394.68 |
| Sick Bal | | 0.00 |
| Vacation Bal | | 0.00 |

© 2000 ADP, LLC

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000530001
Pay date: 12/31/2020

Deposited to the account of
EVANGELOS KAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5217 | xxxx xxxx | $453.70 |
| xxxxxx9079 | xxxx xxxx | $113.42 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

| | |
|---|---|
| Period Beginning: | 12/28/2020 |
| Period Ending: | 01/10/2021 |
| Pay Date: | 01/15/2021 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 78.80 | | |
| Drw | | | 450.00 | 450.00 |
| Holiday | 68.5700 | 8.00 | 548.56 | 548.56 |
| **Gross Pay** | | | **$998.56** | 998.56 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | | 0.00 |
| Vacation Bal | | 0.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -34.95 | 34.95 |
| Medicare Tax | | -8.17 | 8.17 |
| PA State Income Tax | | -17.31 | 17.31 |
| East Pikelan Income Tax | | -7.05 | 7.05 |
| PA SUI/SDI Tax | | -0.60 | 0.60 |
| Other | | | |
| Am Fid Posttax | | -123.00 | 123.00 |
| Euro Pa Den Fam | | -26.23* | 26.23 |
| Euro Vision Fam | | -9.17* | 9.17 |
| Penn Plan 12 | | -381.85* | 381.85 |
| Umum Add | | -0.92* | 0.92 |
| Unum Life | | -16.62* | 16.62 |
| **Net Pay** | | | **$372.69** |
| Checking 1 | | -298.15 | |
| Checking 2 | | -74.54 | |
| **Net Check** | | | **$0.00** |

* Excluded from federal taxable wages
Your federal taxable wages this period are $563.77

© 2000 ADP, LLC

---

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

| | |
|---|---|
| Advice number: | 00000020001 |
| Pay date: | 01/15/2021 |

Deposited to the account of
EVANGELOS KAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5217 | XXXX XXXX | $298.15 |
| xxxxxx9079 | XXXX XXXX | $74.54 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UT1 | 910175 | 001002 | 34 001002 | 0000290001 | 1 |
| | | | | 007-0003 | |

# Earnings Statement 

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Period Beginning: 07/15/2020
Period Ending: 07/15/2020
Pay Date: 07/15/2020

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 4
　PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 11,355.22 | 59,132.76 |
| Demo | | | 500.00 | 4,000.00 |
| COVBON | | | | 5,692.00 |
| Drw | | | | 5,500.00 |
| Holiday | | | | 1,311.36 |
| Spf | | | | 50.00 |
| **Gross Pay** | | | **$11,855.22** | 75,686.12 |

| Net Check | $0.00 |
|---|---|

Your federal taxable wages this period are $11,855.22

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,373.01 | 8,140.21 |
| | Social Security Tax | -735.03 | 4,344.74 |
| | Medicare Tax | -171.90 | 1,016.11 |
| | PA State Income Tax | -363.96 | 2,145.28 |
| | East Pikelan Income Tax | -148.19 | 873.49 |
| | PA SUI/SDI Tax | -7.11 | 45.41 |
| | **Other** | | |
| | Am Fid Posttax | -246.00 | 969.24 |
| | Colonial Posttx | -123.00 | 798.05 |
| | Ally Health | | 13.80 |
| | Euro Pa Den Fam | | 367.22 |
| | Euro Vision Fam | | 128.38 |
| | Penn Plan 12 | | 5,052.08 |
| | Roth 401K | | 874.67 |
| | Umum Add | | 12.88 |
| | Unum Life | | 232.68 |
| **Net Pay** | | | **$8,687.02** |
| Checking 1 | | | -8,687.02 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match | | 874.67 |
| Group Term Life | | 197.34 |
| Sick Bal | | 32.00 |
| Vacation Bal | | 80.00 |

| Deductions in Arrears | Balance |
|---|---|
| Am Fid Posttax | 72.16 |
| Colonial Posttx | 1.45 |

© 2000 ADP, LLC

---

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000290001
Pay date: 07/15/2020

Deposited to the account of
EVANGELOS KAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5217 | xxxx xxxx | $8,687.02 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |   |
|---|---|---|---|---|---|
| UT1 | 910175 | 001002 | 0000270001 | 1 |   |
|   |   | 34 001002 |   |   |   |
|   |   |   | 011-0003 |   |   |

## Earnings Statement  ADP

Period Beginning: 06/15/2020
Period Ending: 06/28/2020
Pay Date: 07/02/2020

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular |   | 100.30 |   |   |
| Drw |   |   | 500.00 | 5,500.00 |
| Commission |   |   |   | 47,777.54 |
| COVBON |   |   |   | 5,692.00 |
| Demo |   |   |   | 3,500.00 |
| Holiday |   |   |   | 1,311.36 |
| Spf |   |   |   | 50.00 |
| **Gross Pay** |   |   | **$500.00** | 63,830.90 |

**Net Check**          $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $65.21

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Euro 401K Match |   | 874.67 |
| Group Term Life |   | 197.34 |
| Sick Bal |   | 32.00 |
| Vacation Bal |   | 80.00 |

| Deductions in Arrears |   | Balance |
|---|---|---|
| Am Fid Posttax |   | 318.16 |
| Colonial Posttx |   | 124.45 |

| Deductions | Statutory |   |   |
|---|---|---|---|
|   | Social Security Tax | -4.04 | 3,609.71 |
|   | Medicare Tax | -0.95 | 844.21 |
|   | PA State Income Tax | -2.00 | 1,781.32 |
|   | East Pikelan Income Tax | -0.82 | 725.30 |
|   | PA SUI/SDI Tax | -0.30 | 38.30 |
|   | Federal Income Tax |   | 6,767.20 |
|   | **Other** |   |   |
|   | Colonial Posttx | -57.10 | 675.05 |
|   | Euro Pa Den Fam | -26.23* | 367.22 |
|   | Euro Vision Fam | -9.17* | 128.38 |
|   | Penn Plan 12 | -381.85* | 5,052.08 |
|   | Umum Add | -0.92* | 12.88 |
|   | Unum Life | -16.62* | 232.68 |
|   | Ally Health |   | 13.80 |
|   | Am Fid Posttax |   | 723.24 |
|   | Roth 401K |   | 874.67 |
| **Net Pay** |   | **$0.00** |   |

© 2000 ADP, LLC

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number:   00000270001
Pay date:        07/02/2020

Deposited to the account of
EVANGELOS KAKOS

account number    transit ABA    amount

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UT1 | 910175 | 001002 | 34 001002 | 0000060002 | 2 |
| | | | | 016-0003 | |

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

# Earnings Statement



Period Beginning: 01/25/2021
Period Ending:   02/07/2021
Pay Date:        02/12/2021

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA:      N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE  PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 2,139.26 | 20,567.30 |
| Demo | | | 500.00 | 1,000.00 |
| Drw | | | | 1,450.00 |
| Holiday | | | | 548.56 |
| **Gross Pay** | | | **$2,639.26** | 23,565.86 |

Your federal taxable wages this period are $2,639.26

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | | 0.00 |
| Vacation Bal | | 0.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -18.93 | 2,977.20 |
| | Social Security Tax | -163.63 | 1,380.21 |
| | Medicare Tax | -38.27 | 322.79 |
| | PA State Income Tax | -81.03 | 683.43 |
| | East Pikelan Income Tax | -32.99 | 278.28 |
| | PA SUI/SDI Tax | -1.58 | 14.14 |
| **Other** | | | |
| | Am Fid Posttax | -131.80 | 369.00 |
| | Euro Pa Den Fam | | 78.69 |
| | Euro Vision Fam | | 27.51 |
| | Penn Plan 12 | | 1,145.55 |
| | Umum Add | | 2.76 |
| | Unum Life | | 49.86 |
| **Net Pay** | | **$2,171.03** | |
| Checking 1 | | -1,736.82 | |
| Checking 2 | | -434.21 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number:  00000060002
Pay date:       02/12/2021

Deposited to the account of
EVANGELOS KAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5217 | xxxx xxxx | $1,736.82 |
| xxxxxx9079 | xxxx xxxx | $434.21 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UT1 | 910175 | 001002 | 34 001002 | 0000060001 | 1 |

015-0003

*EURO MOTORCARS*
*358 BROADWAY SUITE 403*
*SARATOGA SPRINGS, NY 12866*

# Earnings Statement

**ADP**

Period Beginning: 01/25/2021
Period Ending: 02/07/2021
Pay Date: 02/12/2021

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 4
    PA: N/A

EVANGELOS KAKOS
301 FAWN LANE
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 83.20 | | |
| Drw | | | 500.00 | 1,450.00 |
| Commission | | | | 18,428.04 |
| Demo | | | | 500.00 |
| Holiday | | | | 548.56 |
| **Gross Pay** | | | **$500.00** | 20,926.60 |

Your federal taxable wages this period are $65.21

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | | 0.00 |
| Vacation Bal | | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -4.04 | 1,216.58 |
| | Medicare Tax | -0.94 | 284.52 |
| | PA State Income Tax | -2.00 | 602.40 |
| | East Pikelan Income Tax | -0.82 | 245.29 |
| | PA SUI/SDI Tax | -0.30 | 12.56 |
| | Federal Income Tax | | 2,958.27 |
| | **Other** | | |
| | Am Fid Posttax | -57.11 | 237.20 |
| | Euro Pa Den Fam | -26.23* | 78.69 |
| | Euro Vision Fam | -9.17* | 27.51 |
| | Penn Plan 12 | -381.85* | 1,145.55 |
| | Umum Add | -0.92* | 2.76 |
| | Unum Life | -16.62* | 49.86 |
| **Net Pay** | | | **$0.00** |
| **Net Check** | | | **$0.00** |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

EURO MOTORCARS
358 BROADWAY SUITE 403
SARATOGA SPRINGS, NY 12866

Advice number: 00000060001
Pay date: 02/12/2021

Deposited to the account of
EVANGELOS KAKOS

account number    transit ABA    amount

THIS IS NOT A CHECK

**NON-NEGOTIABLE**