# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-10217-AMC

DESIREE M. KAKOS
EVANGELOS G. KAKOS
301 FAWN LANE

PHOENIXVILLE, PA 19460-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DESIREE M. KAKOS
  EVANGELOS G. KAKOS
  301 FAWN LANE

  PHOENIXVILLE, PA 19460-

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK LAW OFFICE
  1315 WALNUT STREET #502
  PHILADELPHIA, PA 19107-

Date: 4/14/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee