UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          Bankr. Case No. 21-10217

Desiree M. Kakos & Evangelos G. Kakos                                            Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Daimler Trust
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011


        BK Servicing, LLC


        By  /s/ Ed Gezel

        Ed Gezel, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 12, 2021 :

Brad J. Sadek  
Sadek And Cooper  
1315 Walnut Street  
Suite 502  
Philadelphia, PA  19107

William C. Miller, Esq.  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

By /s/ Ed Gezel, Agent  
Ed Gezel

517450