**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| DESIREE M. KAKOS | | Case No. 21-10217-amc |
| EVANGELOS G. KAKOS | * | (Chapter 13) |
| Debtors | * | |
| TOWER FEDERAL CREDIT UNION | * | Judge Chan |
| | * | Date: 07/06/2021 |
| Movant | | Time: 11:00 am |
| | * | Courtroom #4 |
| v. | * | |
| DESIREE M. KAKOS (Debtor) | * | |
| EVANGELOS G. KAKOS (Joint Debtor) | * | |
| AND | * | |
| WILLIAM C. MILLER, ESQ. (Chapter 13 Trustee) | * | |
| Respondents | * | |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief From Automatic Stay to Foreclose upon and Sell Collateral filed by Movant, Tower Federal Credit Union, with regard to the property subject to its perfected security interest, namely, one 301 Fawn Lane, Phoenixville, PA, 19460, and upon consideration of any opposition filed to said Motion,

it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow Tower Federal Credit Union to sell the above-described property; and

2. That Tower Federal Credit Union shall notify the Trustee of any surplus and await instructions by the Trustee as to where to send the surplus.

Dated:

_____
Bankruptcy Judge

Copies To:

Desiree M. Kakos
301 Fawn Lane
Phoenixville, PA 19460
(Debtor)

Evangelos G. Kakos
301 Fawn Lane
Phoenixville, PA 19460
(Joint Debtor)

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
(Counsel for Debtors)

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
(Chapter 13 Trustee)

Douglas R. Blecki, Jr., Esq.
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
(Counsel for Movant)