United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Desiree M. Kakos  
Evangelos G. Kakos  
    Debtors

Case No. 21-10217-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 02, 2021      Form ID: pdf900      Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Desiree M. Kakos, Evangelos G. Kakos, 301 Fawn Lane, Phoenixville, PA 19460-1898 |
| cr | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | + | Tower Federal Credit Union, Silverman Theologou, LLP, c/o Douglas R. Blecki, Jr., 11200 Rockville Pike, Suite 520, North Bethesda, MD 20852-7105 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 02 2021 23:21:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:**

**Name**      **Email Address**  
BRAD J. SADEK  
     on behalf of Debtor Desiree M. Kakos brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 6 |

BRAD J. SADEK
 on behalf of Joint Debtor Evangelos G. Kakos brad@sadeklaw.com
 bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

DOUGLAS RICHARD BLECKI
 on behalf of Creditor Tower Federal Credit Union dblecki@princelawfirm.com

REBECCA ANN SOLARZ
 on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
 on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
 ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| DESIREE M. KAKOS | | Case No. 21-10217-amc |
| EVANGELOS G. KAKOS | * | (Chapter 13) |
| Debtors | * | |
| * * * * * * * * | * * * * | |
| TOWER | * | |
| FEDERAL CREDIT UNION | * | Judge Chan |
| | | Date:  07/06/2021 |
| Movant | | Time:  11:00 am |
| | * | Courtroom #4 |
| v. | * | |
| DESIREE M. KAKOS | | |
| (Debtor) | * | |
| EVANGELOS G. KAKOS | * | |
| (Joint Debtor) | | |
| | * | |
| AND | | |
| | * | |
| WILLIAM C. MILLER, ESQ. | | |
| (Chapter 13 Trustee) | * | |
| Respondents | * | |
| * * * * * * * * | * * * * | |

**CONSENT ORDER**

73899

THIS MATTER is next scheduled to be heard before the court on July 6, 2021, on Motion of Tower Federal Credit Union by and through its undersigned counsel, for relief from the automatic stay with respect to 301 Fawn Lane, Phoenixville, PA, 19460 ("the property") which secures debt held by Movant. Both parties, by counsel, consent to the terms contained in this Order.

Accordingly, it is this_____ day of _____, 2021 **ORDERED**:

1. That the Chapter 13 plan shall be amended to include the post petition arrears in the amount of $4,399.00 including $750.00 in attorneys fees and $181.00 in costs to Tower Federal Credit Union consisting of the post petition arrears through June 30, 2021.

2. That Debtors shall resume post petition payments directly to movant commencing July 1, 2021.

3. That, if any payment required to made hereunder is not received by the date it is due, Debtor shall be deemed in default of this Order.

4. That if Debtors are in default, Movant's attorney shall file an affidavit with this Court stating the amount due under this Order and shall mail a copy to Debtors and Debtors' attorney. If Debtors do not cure the default within ten (10) days of the Certificate of Service, then the automatic stay shall be lifted as to the vehicle and Movant shall be free to foreclose and obtain possession under State Law without any further proceedings in this Court.

IT IS FURTHER **ORDERED,**

5. That if Debtors convert this case to another Chapter of the U.S. Bankruptcy Code, the automatic stay at 11 U.S.C § 362(a) shall be terminated as to the debtors' interest in the property without further proceedings in this Court.

IT IS FURTHER **ORDERED** that the fourteen (14) day stay of relief from stay pursuant to Rule 4001(a)(3) is hereby waived.

**Date: July 2, 2021**

_____
Judge, U.S. Bankruptcy Court

WE ASK FOR THIS:

/s/ Douglas R.Blecki, Jr. Esq.
Douglas R. Blecki, Jr.
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
Phone: (301) 468-4990
dblecki@silvermanlegal.com
**Attorney for Movant**


/s/ Brad J. Sadek, Esq.
Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
**Counsel for Debtors**


 /s/ William Miller
_____
William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107
**Chapter 13 Trustee**


cc:    Douglas Blecki
       Brad J. Sadek
       Debtor
       William Miller

**End of Order**

3

73899