# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Evangelos G. Kakos
       Desiree M. Kakos
                    Debtor(s)

M&T Bank, its successors and/or assigns
                      Movant
      vs.

Evangelos G. Kakos
Desiree M. Kakos
                      Debtor(s)

William C. Miller Esq.
                      Trustee

CHAPTER 13

NO. 21-10217 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **April 5, 2021, docket number 31**.

                                 Respectfully submitted,

                                 /s/ Rebecca A. Solarz, Esq.
                                 _____
                                 Rebecca A. Solarz, Esquire
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 Phone: (215)-627-1322

Dated: July 6, 2021