**Fill in this information to identify your case:**

Debtor 1: **Desiree M. Kakos**
 First Name    Middle Name    Last Name

Debtor 2: **Evangelos G. Kakos**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **21-10217-AMC**

☑ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims AMENDED    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** | **Acqua Finance** <br> Nonpriority Creditor's Name <br> PO Box 101928 <br> Dept 612 <br> Birmingham, AL 35210 <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☑ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | Last 4 digits of account number **7890** <br> **When was the debt incurred?** <br><br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☑ Other. Specify **Water System** | **$4,858.00** |

| | | |
|---|---|---|
| Debtor 1 | **Desiree M. Kakos** | |
| Debtor 2 | **Evangelos G. Kakos** | Case number (if known)   **21-10217-AMC** |

### 4.2 AmeriCredit/GM Financial
Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096**
Number Street City State Zip Code

Last 4 digits of account number   **0087**   $1,011.00

When was the debt incurred?   **Opened 05/16  Last Active 12/19**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   **Lease**

### 4.3 Amex
Nonpriority Creditor's Name
**Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998**
Number Street City State Zip Code

Last 4 digits of account number   Unknown

When was the debt incurred?

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify

### 4.4 Bank of America
Nonpriority Creditor's Name
**P.O. Box 982235
El Paso, TX 79998**
Number Street City State Zip Code

Last 4 digits of account number   Unknown

When was the debt incurred?

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify

| Debtor 1 | **Desiree M. Kakos** | | |
|---|---|---|---|
| Debtor 2 | **Evangelos G. Kakos** | Case number (if known) | **21-10217-AMC** |

---

**4.5** **Berwyn Fire Company**
Nonpriority Creditor's Name
**PO Box 576**
**Berwyn, PA 19312**
Number Street City State Zip Code

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.6** **Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Last 4 digits of account number **2919**    **$3,618.00**

When was the debt incurred? **Opened 09/12  Last Active 12/30/20**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Credit Card**

---

**4.7** **Cb/helzberg**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182273**
**Columbus, OH 43218**
Number Street City State Zip Code

Last 4 digits of account number **1821**    **$746.00**

When was the debt incurred? **Opened 07/16  Last Active 01/21**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

| Debtor 1 | **Desiree M. Kakos** |
|---|---|
| Debtor 2 | **Evangelos G. Kakos** |

Case number (if known) **21-10217-AMC**

---

**4.8**  **Chase/Ritz Carlton**
Nonpriority Creditor's Name
**PO Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

Last 4 digits of account number **2541**                                                Unknown

When was the debt incurred?

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.9**  **Citibank**
Nonpriority Creditor's Name
**Po Box 790040**
**Saint Louis, MO 63179**
Number Street City State Zip Code

Last 4 digits of account number **3767**                                                Unknown

When was the debt incurred?

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.10**  **Citibank/Best Buy**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

Last 4 digits of account number **9733**                                                $3,032.00

When was the debt incurred?  **Opened 02/15  Last Active 01/21**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

| | |
|---|---|
| Debtor 1 **Desiree M. Kakos** | |
| Debtor 2 **Evangelos G. Kakos** | Case number (if known) **21-10217-AMC** |

---

**4.1.1**

**Citibank/Best Buy**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

Last 4 digits of account number **2352**     $2,763.00

When was the debt incurred?  **Opened 02/07  Last Active 1/16/21**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

**4.1.2**

**Citibank/The Home Depot**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
**Po Box 790328**
**St Louis, MO 63179**
Number Street City State Zip Code

Last 4 digits of account number **5395**     $5,169.00

When was the debt incurred?  **Opened 12/09  Last Active 12/15/20**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

**4.1.3**

**ClearOne Advantage, LLC**
Nonpriority Creditor's Name
**1501 S. Clinton St.**
**Suite 320**
**Baltimore, MD 21224**
Number Street City State Zip Code

Last 4 digits of account number _____     Unknown

When was the debt incurred?  _____

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  _____

---

Debtor 1  **Desiree M. Kakos**
Debtor 2  **Evangelos G. Kakos**
Case number (if known)  **21-10217-AMC**

---

**4.14**  **Comenity Bank/Helzberg**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

Last 4 digits of account number  **8023**  $746.00

When was the debt incurred?  **Opened 07/16  Last Active 11/20/20**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

**4.15**  **Comenity Bank/Pottery Barn**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125columbus**
**Columbus, OH 43218**
Number Street City State Zip Code

Last 4 digits of account number  **3456**  $3,645.00

When was the debt incurred?  **Opened 07/18  Last Active 01/21**

Who incurred the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

**4.16**  **Comenity Bank/Victoria Secret**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

Last 4 digits of account number  **4288**  $1,274.00

When was the debt incurred?  **Opened 07/18  Last Active 1/16/21**

Who incurred the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

Debtor 1   **Desiree M. Kakos**
Debtor 2   **Evangelos G. Kakos**                                 Case number (if known)   **21-10217-AMC**

---

**4.17**

**ComenityBank/Venus**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 182273**
**Columbus, OH 43218**
Number Street City State Zip Code

Last 4 digits of account number   **9033**           $1,339.00

When was the debt incurred?   **Opened 10/18  Last Active 12/16/20**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   **Charge Account**

---

**4.18**

**Connexus CU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 8026**
**Wausau, WI 54402**
Number Street City State Zip Code

Last 4 digits of account number   **7890**           $4,795.00

When was the debt incurred?   **Opened 08/14  Last Active 10/19**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   **Check Credit Or Line Of Credit**

---

**4.19**

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Po Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

Last 4 digits of account number   **5910**           $336.00

When was the debt incurred?   **Opened 03/20  Last Active 1/17/21**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   **Credit Card**

---

| | |
|---|---|
| Debtor 1 **Desiree M. Kakos** | |
| Debtor 2 **Evangelos G. Kakos** | Case number (if known) **21-10217-AMC** |

---

**4.2.0**

**Discover Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3025**
**New Albany, OH 43054**
Number Street City State Zip Code

Last 4 digits of account number **8619**    $1,479.00

When was the debt incurred?    **Opened 04/19  Last Active 1/22/21**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Credit Card**

---

**4.2.1**

**Dsnb Bloomingdales**
Nonpriority Creditor's Name
**Attn: Recovery "Bk"**
**Po Box 9111**
**Mason, OH 45040**
Number Street City State Zip Code

Last 4 digits of account number **8205**    $3,437.00

When was the debt incurred?    **Opened 12/10  Last Active 11/16/20**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

**4.2.2**

**Endodontic Specialists**
Nonpriority Creditor's Name
**85 Old Eagle School Road**
**Wayne, PA 19087**
Number Street City State Zip Code

Last 4 digits of account number    $620.00

When was the debt incurred?

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Medical**

---

| | | |
|---|---|---|
| Debtor 1 **Desiree M. Kakos** | | |
| Debtor 2 **Evangelos G. Kakos** | Case number (if known) | **21-10217-AMC** |

---

**4.2.3**

**First Premier Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 5524**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

Last 4 digits of account number **2344**    $629.00

When was the debt incurred?  **Opened 12/20  Last Active 1/15/21**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Credit Card**

---

**4.2.4**

**Home Depot Consumer Credit**
Nonpriority Creditor's Name
**2455 Paces Ferry Road NW**
**Atlanta, GA 30339**
Number Street City State Zip Code

Last 4 digits of account number    **Unknown**

When was the debt incurred?

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify

---

**4.2.5**

**Kohls/Capital One**
Nonpriority Creditor's Name
**Attn: Credit Administrator**
**Po Box 3043**
**Milwaukee, WI 53201**
Number Street City State Zip Code

Last 4 digits of account number **5663**    $2,971.00

When was the debt incurred?  **Opened 11/16  Last Active 1/17/21**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Charge Account**

---

| | | |
|---|---|---|
| Debtor 1 | **Desiree M. Kakos** | |
| Debtor 2 | **Evangelos G. Kakos** | Case number (if known) **21-10217-AMC** |

---

**4.26**  **LendingClub**  
Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**595 Market St, Ste 200**  
**San Francisco, CA 94105**  
Number Street City State Zip Code  

Last 4 digits of account number **1783**    $33,550.00

When was the debt incurred?   **Opened 06/18  Last Active 12/02/20**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   **Unsecured**

---

**4.27**  **Macys's Department Store**  
Nonpriority Creditor's Name  
**151 West 34th Street**  
**New York, NY 10001**  
Number Street City State Zip Code  

Last 4 digits of account number **1490**    Unknown

When was the debt incurred?   

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   

---

**4.28**  **Main Line Emergency Med Assoc.**  
Nonpriority Creditor's Name  
**56 W Main Street**  
**Suite 305**  
**Newark, DE 19702**  
Number Street City State Zip Code  

Last 4 digits of account number **258P**    $728.00

When was the debt incurred?   

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   **Medical**

---

Debtor 1 **Desiree M. Kakos**
Debtor 2 **Evangelos G. Kakos**                                              Case number (if known) **21-10217-AMC**

---

**4.29**

**Main Line Emergency Med Assoc.**
Nonpriority Creditor's Name
**56 W Main Street**
**Suite 305**
**Newark, DE 19702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **757P**                          **$322.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

---

**4.30**

**Nordstrom FSB**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 6555**
**Englewood, CO 80155**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **6452**                          **$4,582.00**

When was the debt incurred?   **Opened 05/11  Last Active 12/20**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.31**

**OneMain Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville, IN 47731**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **7274**                          **$8,359.00**

When was the debt incurred?   **Opened 04/19  Last Active 11/20**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

Debtor 1 **Desiree M. Kakos**
Debtor 2 **Evangelos G. Kakos**                                          Case number (if known) **21-10217-AMC**

---

**4.3.2**

**Patient First**
Nonpriority Creditor's Name
**Attention: Patient Accounts**
**5000 Cox Road**
**Glen Allen, VA 23060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Medical Debt**

---

**4.3.3**

**PECO**
Nonpriority Creditor's Name
**P.O. Box 37629**
**Prospect Park, PA 19076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number _____    **$571.16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.3.4**

**Penn Medicine**
Nonpriority Creditor's Name
**PO Box 824406**
**Philadelphia, PA 19182**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

Debtor 1 **Desiree M. Kakos**
Debtor 2 **Evangelos G. Kakos**

Case number (if known) **21-10217-AMC**

---

**4.35**

**Raymour & Flanigan**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 130**
**Liverpool, NY 13088**
Number Street City State Zip Code

Last 4 digits of account number **9971**         $3,170.00

When was the debt incurred? **Opened 09/15 Last Active 12/20**

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify **Charge Account**

---

**4.36**

**Raymour & Flanigan**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 130**
**Liverpool, NY 13088**
Number Street City State Zip Code

Last 4 digits of account number **1832**         $952.00

When was the debt incurred? **Opened 09/18 Last Active 12/20**

**Who incurred the debt?** Check one.
[ ] Debtor 1 only
[✓] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify **Charge Account**

---

**4.37**

**Syncb/Toys R Us**
Nonpriority Creditor's Name
**Po Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code

Last 4 digits of account number **9547**         $0.00

When was the debt incurred? **Opened 1/10/13 Last Active 11/11/18**

**Who incurred the debt?** Check one.
[ ] Debtor 1 only
[✓] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify **Charge Account**

---

Debtor 1 **Desiree M. Kakos**
Debtor 2 **Evangelos G. Kakos**                                                    Case number (if known)  **21-10217-AMC**

---

**4.38**  **Synchrony Bank/ JC Penneys**         Last 4 digits of account number  **6865**                      **$3,132.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                             When was the debt incurred?  **Opened 09/11  Last Active 11/17/20**
**Po Box 965064**
**Orlando, FL 32896**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [ ] Contingent
- [✓] Debtor 1 only
- [ ] Debtor 2 only                              - [ ] Unliquidated
- [ ] Debtor 1 and Debtor 2 only                 - [ ] Disputed
- [ ] At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- [ ] Check if this claim is for a community debt    - [ ] Student loans
**Is the claim subject to offset?**              - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [✓] No                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                        - [✓] Other. Specify  **Charge Account**

---

**4.39**  **Synchrony Bank/Care Credit**         Last 4 digits of account number  **9721**                      **$7,601.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**                        When was the debt incurred?  **Opened 04/16  Last Active 11/16/20**
**Po Box 965064**
**Orlando, FL 32896**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only                              - [ ] Contingent
- [ ] Debtor 2 only                              - [ ] Unliquidated
- [ ] Debtor 1 and Debtor 2 only                 - [ ] Disputed
- [ ] At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- [ ] Check if this claim is for a community debt    - [ ] Student loans
**Is the claim subject to offset?**              - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [✓] No                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                        - [✓] Other. Specify  **Charge Account**

---

**4.40**  **Telecom Self-reported**              Last 4 digits of account number  **3675**                      **$429.00**
Nonpriority Creditor's Name
**Po Box 4500**                                  When was the debt incurred?  **Last Active 11/15/20**
**Allen, TX 75013**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only                              - [ ] Contingent
- [ ] Debtor 2 only                              - [ ] Unliquidated
- [ ] Debtor 1 and Debtor 2 only                 - [ ] Disputed
- [ ] At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- [ ] Check if this claim is for a community debt    - [ ] Student loans
**Is the claim subject to offset?**              - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [✓] No                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                        - [✓] Other. Specify  **Chkg/Att**

---

Debtor 1  **Desiree M. Kakos**
Debtor 2  **Evangelos G. Kakos**                               Case number (if known)   **21-10217-AMC**

| 4.4.1 | **Utility Self-reported** | Last 4 digits of account number | **802A** | $5.00 |

Nonpriority Creditor's Name
**Po Box 4500**
**Allen, TX 75013**
Number Street City State Zip Code

When was the debt incurred?   **Last Active 11/18/20**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Agriculture Chkg/Americanwater**

---

| 4.4.2 | **Verizon** | Last 4 digits of account number | **0108** | $1,599.24 |

Nonpriority Creditor's Name
**PO Box 15124**
**Albany, NY 12212**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify

---

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Acqua Finance**
**PO 83184**
**Chicago, IL 60691**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [✓] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total | 6f. | **Student loans** | 6f. $ | 0.00 |

| Debtor 1 | **Desiree M. Kakos** | | |
|---|---|---|---|
| Debtor 2 | **Evangelos G. Kakos** | Case number (if known) | **21-10217-AMC** |

| claims from Part 2 | | | | |
|---|---|---|---|---|
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 107,468.40 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | **107,468.40** |