IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Desiree M. Kakos | : | Chapter 13 |
| Evangelos G. Kakos | : | No.:  21-10271-AMC |
| Debtor(s) | : | |

RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC
STAY FILED BY DAIMLER TRUST

Debtors, Desiree & Evangelos Kakos, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Daimler Trust submit the following:

1.    Admitted

2.    Admitted.

3.    Admitted.

4.    Denied. Debtors aver the account has been brought current.

5.    Admitted.

6.    Denied.

    a.    Denied. Debtors aver payments have been made and the account is current to date.

WHEREFORE, based on the aforementioned, Debtor respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

Respectfully submitted,

Dated: September 2, 2021                    /s/ Brad J. Sadek, Esq.

                                                       _____

                                                     Brad J. Sadek, Esq.
                                                   Attorney for the Debtor

Sadek & Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008

---

### CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee

**William E. Craig**
Attorney for Movant
Electronic Notice to *ecfmail@mortoncraig.com*

Dated: September 2, 2021                    /s/Brad J. Sadek, Esq
                                            Brad J. Sadek, Esq.
                                            Attorney for Debtor
                                            1315 Walnut Street
                                            Suite #502
                                            Philadelphia, PA 19107