IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DESIREE M. KAKOS<br>      EVANGELOS G. KAKOS<br>      **Debtors(s)** | <br><br>CHAPTER 13 |
| DAIMLER TRUST<br>      **Moving Party** | Case No.: 21-10217 (AMC)<br><br>**Hearing Date:  9-14-21 at 11:00 AM** |
| v. | 11 U.S.C. 362 |
| DESIREE M. KAKOS<br>EVANGELOS G. KAKOS<br>      **Respondent(s)** | |
| WILLIAM C. MILLER<br>      **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Daimler Trust and the Debtors in settlement of the Motion For Stay Relief, and filed on or about September 27, 2021 in the above matter is APPROVED.

Dated:

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: September 29, 2021**