**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

DESIREE  M. KAKOS                          Chapter 13
EVANGELOS  G. KAKOS


          Debtor                           Bankruptcy No. 21-10217-AMC


### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

        **AND NOW** comes, Kenneth E. West, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

        The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

            The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.


        **WHEREFORE**, Kenneth E. West, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.


                              Respectfully submitted,

                              /s/ Kenneth E. West

                              _____
                              Kenneth E. West, Esquire
                              Chapter 13 Standing Trustee
                              P.O. Box 40837
                              Philadelphia, PA 19107
                              Telephone: (215)627-1377