# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 21-10217-AMC

DESIREE M. KAKOS
EVANGELOS G. KAKOS
301 FAWN LANE

PHOENIXVILLE, PA 19460-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DESIREE M. KAKOS
    EVANGELOS G. KAKOS
    301 FAWN LANE

    PHOENIXVILLE, PA 19460-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                             /S/ Kenneth E. West

Date: 2/2/2022                                      _____

                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee