**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Desiree M. Kakos | : | Chapter 13 |
| Evangelos G. Kakos | : | Case No.: 21-10217-AMC |
| Debtor(s) | : | |
| | : | |

### O R D E R

AND NOW, this _____ day of _____, 2022 upon consideration of the Motion to Approve Loan Modification, it is hereby;

ORDERED and DECREED that Debtor's loan modification is approved and an Amended Plan may be filed to apply changes to the Chapter 13 Plan as necessary.

BY THE COURT:

**Date: February 23, 2022**

_____

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE