United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10217-amc |
| Desiree M. Kakos | Chapter 13 |
| Evangelos G. Kakos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 03, 2022 | Form ID: 155 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Desiree M. Kakos, Evangelos G. Kakos, 301 Fawn Lane, Phoenixville, PA 19460-1898 |
| 14629178 | + | Daimler Trust, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14628994 | + | Daimler Trust, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 14581016 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14579290 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14587975 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14579297 | + | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14581243 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 03 2022 23:54:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14579268 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 03 2022 23:54:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14581190 | + | Email/Text: bkfilings@zwickerpc.com | May 03 2022 23:54:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P O Box 9043, Andover, MA 01810-0943 |
| 14581911 | + | Email/Text: bkfilings@zwickerpc.com | May 03 2022 23:54:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14584731 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 03 2022 23:54:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14579269 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2022 00:00:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14582160 | + | Email/PDF: ebn_ais@aisinfo.com | May 04 2022 00:00:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14589792 | + | Email/Text: bnc@bass-associates.com | May 03 2022 23:54:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14579270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2022 23:54:00 | Cb/helzberg, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 14594774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2022 00:00:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14579271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2022 00:00:14 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14579273 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2022 00:00:18 | Citibank/The Home Depot, Citicorp Credit |

| | | | | |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14579274 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2022 23:54:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14579275 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2022 23:54:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14579276 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2022 23:54:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14579277 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2022 23:54:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 14579278 | + | Email/Text: bankruptcy@connexuscu.org | May 03 2022 23:54:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14579279 | + | Email/PDF: creditonebknotifications@resurgent.com | May 04 2022 00:00:09 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14579281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2022 00:00:15 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14590520 | | Email/Text: M74banko@mercedes-benz.com | May 03 2022 23:54:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14586961 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2022 23:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14586087 | | Email/Text: mrdiscen@discover.com | May 03 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14579280 | + | Email/Text: mrdiscen@discover.com | May 03 2022 23:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14579282 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 04 2022 00:00:17 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14584452 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 03 2022 23:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14579283 | + | Email/Text: PBNCNotifications@peritusservices.com | May 03 2022 23:54:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14588447 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2022 00:00:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14579284 | + | Email/Text: Documentfiling@lciinc.com | May 03 2022 23:54:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14595772 | + | Email/Text: Documentfiling@lciinc.com | May 03 2022 23:54:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 14579285 | | Email/Text: camanagement@mtb.com | May 03 2022 23:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14596042 | | Email/Text: camanagement@mtb.com | May 03 2022 23:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14579286 | + | Email/Text: M74banko@mercedes-benz.com | May 03 2022 23:54:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14579288 | + | Email/Text: bnc@nordstrom.com | May 03 2022 23:54:08 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14594614 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 03 2022 23:54:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14579289 | + | Email/PDF: cbp@onemainfinancial.com | May 04 2022 00:00:15 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: 155 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| 14593488 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2022 00:00:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14586674 | Email/Text: bnc-quantum@quantum3group.com | May 03 2022 23:54:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14595254 | Email/Text: bnc-quantum@quantum3group.com | May 03 2022 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14579290 | ^ MEBN | May 03 2022 23:52:04 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14579292 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2022 00:00:13 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14579293 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2022 00:00:17 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14579294 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2022 00:00:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14587975 | + Email/Text: tdebn@credbankserv.com | May 03 2022 23:54:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14579295 | + Email/Text: documentfiling@lciinc.com | May 03 2022 23:54:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14579296 | + Email/Text: bankruptcy@towerfcu.org | May 03 2022 23:54:00 | Tower Federal CU, Attn: Bankruptcy, Po Box 123, Annapolis Junction, MD 20701-0123 |
| 14601098 | + Email/Text: bankruptcy@towerfcu.org | May 03 2022 23:54:00 | Tower Federal Credit Union, 7901 Sandy Spring Road, Laurel, MD 20707-3589 |
| 14579297 | ^ MEBN | May 03 2022 23:52:03 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14589709 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14579272 | *+ | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14591466 | *+ | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14579287 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14579291 | *+ | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022            Signature:      /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: May 03, 2022 | Form ID: 155 | Total Noticed: 51

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Desiree M. Kakos brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Evangelos G. Kakos brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DOUGLAS RICHARD BLECKI | on behalf of Creditor Tower Federal Credit Union dblecki@princelawfirm.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Desiree M. Kakos and Evangelos G. Kakos

    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10217−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this May 3, 3022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Ashely M. Chan
                                            Judge ,
                                            United States Bankruptcy Court

94 − 17
Form 155