UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    DESIREE  M. KAKOS
    EVANGELOS  G. KAKOS

              Debtors

Chapter 13

Bankruptcy No. 21-10217-AMC

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.     Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.     The within case was commenced by the filing of a Chapter 13 petition on 01/28/2021.

3.     This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to complete all plan payments by the 60-month time limit required by 11 U.S.C. Section 1322(d).

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 06/15/2026

                     Respectfully submitted,

                     */s/ Kenneth E. West, Esq.*
                     Kenneth E. West, Esq.
                     Standing Chapter 13 Trusteee
                     190 N. Independence Mall West
                     Suite 701
                     Philadelphia, PA  19106
                     Telephone: (215) 627-1377