**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

DESIREE M. KAKOS
EVANGELOS G. KAKOS                         :          Chapter 13
                                           :
                                           :
                                           :
                                           :
                     Debtor(s)   :          Bankruptcy No.  21-10217 AMC

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to dismiss filed on April 21, 2026. Docket entry #103, #104, and cancel the hearing on 8/4/2026.

                                        Respectfully submitted,


                                        /s/ Kenneth E. West, Esq

June 29, 2026

                                        Kenneth E. West
                                        Chapter 13 Standing Trustee