United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10217-amc

Desiree M. Kakos                                                                      Chapter 13

Evangelos G. Kakos

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 4

Date Rcvd: Jul 20, 2026                  Form ID: 138OBJ                        Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Desiree M. Kakos, Evangelos G. Kakos, 301 Fawn Lane, Phoenixville, PA 19460-1898 |
| 14629178 | + | Daimler Trust, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14628994 | + | Daimler Trust, 2860 Patton Rd., Roseville, MN 55113-1100 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 21 2026 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14581243 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 21 2026 00:34:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14579268 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 21 2026 00:34:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14581190 | + | Email/Text: bkfilings@zwickerpc.com | Jul 21 2026 00:34:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P O Box 9043, Andover, MA 01810-0943 |
| 14581911 | + | Email/Text: bkfilings@zwickerpc.com | Jul 21 2026 00:34:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14590520 | | Email/Text: notices@bkservicing.com | Jul 21 2026 00:34:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14584731 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jul 21 2026 00:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14579269 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2026 00:39:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14582160 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2026 00:39:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14589792 | + | Email/Text: bnc@bass-associates.com | Jul 21 2026 00:34:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14579270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2026 00:34:00 | Cb/helzberg, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 14594774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0313-2                                    User: admin                                         Page 2 of 4

Date Rcvd: Jul 20, 2026                              Form ID: 138OBJ                                    Total Noticed: 53

| | | Jul 21 2026 00:39:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14579271 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 21 2026 00:39:41 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14579273 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 21 2026 00:39:26 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14579274 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 21 2026 00:34:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14579275 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 21 2026 00:34:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14579276 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 21 2026 00:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14579277 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 21 2026 00:34:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 14579278 | + Email/Text: bankruptcy@connexuscu.org | | |
| | | Jul 21 2026 00:34:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14579279 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 21 2026 00:39:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14579281 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 21 2026 00:39:26 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14586961 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 21 2026 00:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14586087 | Email/Text: mrdiscen@discover.com | | |
| | | Jul 21 2026 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14579280 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 21 2026 00:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14579282 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jul 21 2026 00:39:25 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14584452 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Jul 21 2026 00:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14579283 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 21 2026 00:39:40 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14588447 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 21 2026 00:39:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14579284 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Jul 21 2026 00:34:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14595772 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Jul 21 2026 00:34:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14579285 | Email/Text: camanagement@mtb.com | | |
| | | Jul 21 2026 00:34:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14596042 | Email/Text: camanagement@mtb.com | | |
| | | Jul 21 2026 00:34:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14581016 | ^ MEBN | | |
| | | Jul 21 2026 00:29:24 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14579286 | + Email/Text: FWBankruptcyTeam@mercedes-benz.com | | |
| | | Jul 21 2026 00:34:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14579288 | + Email/Text: bankruptcy@td.com | | |
| | | Jul 21 2026 00:34:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |

District/off: 0313-2                           User: admin                                      Page 3 of 4

Date Rcvd: Jul 20, 2026                        Form ID: 138OBJ                                   Total Noticed: 53

| | | | |
|---|---|---|---|
| 14594614 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2026 00:34:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14579289 | + Email/PDF: cbp@omf.com | Jul 21 2026 00:39:40 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14593488 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2026 00:39:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14586674 | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2026 00:34:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14595254 | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2026 00:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14579290 | ^ MEBN | Jul 21 2026 00:29:21 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14579292 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 21 2026 00:39:25 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14579293 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 21 2026 00:39:24 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14579294 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 21 2026 00:39:33 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14587975 | + Email/Text: tdebn@credbankserv.com | Jul 21 2026 00:34:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14579295 | ^ MEBN | Jul 21 2026 00:29:25 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14579296 | + Email/Text: bankruptcy@towerfcu.org | Jul 21 2026 00:34:00 | Tower Federal CU, Attn: Bankruptcy, Po Box 123, Annapolis Junction, MD 20701-0123 |
| 14601098 | + Email/Text: bankruptcy@towerfcu.org | Jul 21 2026 00:34:00 | Tower Federal Credit Union, 7901 Sandy Spring Road, Laurel, MD 20707-3589 |
| 14579297 | ^ MEBN | Jul 21 2026 00:29:21 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14589709 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14591466 | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| 14579272 | *+ | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14579287 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14579291 | *+ | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2                    User: admin                              Page 4 of 4

Date Rcvd: Jul 20, 2026                 Form ID: 138OBJ                          Total Noticed: 53

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Evangelos G. Kakos brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Desiree M. Kakos brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DOUGLAS RICHARD BLECKI | on behalf of Creditor Tower Federal Credit Union bankruptcy@silvermanlegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 114 – 106

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Desiree M. Kakos | ) | Case No. 21–10217–amc |
| | ) | |
| | ) | |
|    Evangelos G. Kakos | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 20, 2026

For The Court

Mohung Wong
Clerk of Court