United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Desiree M. Kakos
Evangelos G. Kakos
Debtors

Case No. 21-10217-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Aug 07, 2026 Form ID: 3180W Total Noticed: 56

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | + | Desiree M. Kakos, Evangelos G. Kakos, 301 Fawn Lane, Phoenixville, PA 19460-1898 |
| 14629178 | + | Daimler Trust, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14628994 | + | Daimler Trust, 2860 Patton Rd., Roseville, MN 55113-1100 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 08 2026 01:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 08 2026 05:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Aug 08 2026 05:46:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | + | EDI: BASSASSOC.COM | Aug 08 2026 05:46:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/Text: bankruptcy@silvermanlegal.com | Aug 08 2026 01:47:00 | Tower Federal Credit Union, Silverman Theologou, LLP, c/o Douglas R. Blecki, Jr., 11200 Rockville Pike, Suite 520, North Bethesda, MD 20852-7105 |
| 14581243 | + | EDI: PHINAMERI.COM | Aug 08 2026 05:46:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14579268 | + | EDI: PHINAMERI.COM | Aug 08 2026 05:46:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14581190 | + | Email/Text: bkfilings@zwickerpc.com | Aug 08 2026 01:47:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P O Box 9043, Andover, MA 01810-0943 |
| 14581911 | + | Email/Text: bkfilings@zwickerpc.com | Aug 08 2026 01:47:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14590520 | | Email/Text: notices@bkservicing.com | Aug 08 2026 01:47:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14584731 | + | EDI: BANKAMER2 | Aug 08 2026 05:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14579269 | + | EDI: CAPITALONE.COM | | |

| | | | |
|---|---|---|---|
| 14582160 | + EDI: AIS.COM | Aug 08 2026 05:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14589792 | + EDI: BASSASSOC.COM | Aug 08 2026 05:46:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14579270 | + EDI: WFNNB.COM | Aug 08 2026 05:46:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14594774 | EDI: CITICORP | Aug 08 2026 05:46:00 | Cb/helzberg, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 14579271 | + EDI: CITICORP | Aug 08 2026 05:46:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14579273 | + EDI: CITICORP | Aug 08 2026 05:46:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14579274 | + EDI: WFNNB.COM | Aug 08 2026 05:46:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14579275 | EDI: WFNNB.COM | Aug 08 2026 05:46:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14579276 | + EDI: WFNNB.COM | Aug 08 2026 05:46:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14579277 | + EDI: WFNNB.COM | Aug 08 2026 05:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14579278 | + Email/Text: bankruptcy@connexuscu.org | Aug 08 2026 05:46:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 14579279 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2026 01:47:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14579281 | EDI: CITICORP | Aug 08 2026 01:52:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14586961 | EDI: Q3G.COM | Aug 08 2026 05:46:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14586087 | EDI: DISCOVER | Aug 08 2026 05:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14579280 | + EDI: DISCOVER | Aug 08 2026 05:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14579282 | + EDI: AMINFOFP.COM | Aug 08 2026 05:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14584452 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 08 2026 05:46:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14579283 | + EDI: CAPITALONE.COM | Aug 08 2026 01:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14588447 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2026 05:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14579284 | + EDI: LENDNGCLUB | Aug 08 2026 01:52:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14595772 | + EDI: LENDNGCLUB | Aug 08 2026 05:46:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14579285 | Email/Text: camanagement@mtb.com | Aug 08 2026 05:46:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| | | Aug 08 2026 01:47:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |

| | | | | |
|---|---|---|---|---|
| 14596042 | | Email/Text: camanagement@mtb.com | Aug 08 2026 01:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14581016 | ^ | MEBN | Aug 08 2026 01:44:33 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14579286 | + | EDI: MERCEDES | Aug 08 2026 05:46:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14579288 | + | EDI: TDBANKNORTH.COM | Aug 08 2026 05:46:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14594614 | + | EDI: JEFFERSONCAP.COM | Aug 08 2026 05:46:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14579289 | + | EDI: AGFINANCE.COM | Aug 08 2026 05:46:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14593488 | | EDI: PRA.COM | Aug 08 2026 05:46:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14586674 | | EDI: Q3G.COM | Aug 08 2026 05:46:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14595254 | | EDI: Q3G.COM | Aug 08 2026 05:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14579290 | ^ | MEBN | Aug 08 2026 01:44:27 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14579292 | + | EDI: SYNC | Aug 08 2026 05:46:00 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14579293 | + | EDI: SYNC | Aug 08 2026 05:46:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14579294 | + | EDI: SYNC | Aug 08 2026 05:46:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14587975 | + | EDI: CBSTDR | Aug 08 2026 05:46:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14579295 | ^ | MEBN | Aug 08 2026 01:44:35 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14579296 | + | Email/Text: bankruptcy@towerfcu.org | Aug 08 2026 01:47:00 | Tower Federal CU, Attn: Bankruptcy, Po Box 123, Annapolis Junction, MD 20701-0123 |
| 14601098 | + | Email/Text: bankruptcy@towerfcu.org | Aug 08 2026 01:47:00 | Tower Federal Credit Union, 7901 Sandy Spring Road, Laurel, MD 20707-3589 |
| 14579297 | ^ | MEBN | Aug 08 2026 01:44:25 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | *+ | Daimler Trust, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 14589709 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14591466 | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| 14579272 | *+ | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

| | | |
|---|---|---|
| 14579287 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14579291 | *+ | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Evangelos G. Kakos brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Desiree M. Kakos brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DOUGLAS RICHARD BLECKI | on behalf of Creditor Tower Federal Credit Union bankruptcy@silvermanlegal.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Desiree M. Kakos<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8134 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Evangelos G. Kakos<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2952 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 21–10217–amc | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Desiree M. Kakos

Evangelos G. Kakos

8/6/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**