# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Evangelos G. Kakos**<br>    **Desiree M. Kakos**<br>                                **Debtor(s)** | **BK NO. 21-10217 AMC**<br><br>**Chapter 13** |
| **M&T Bank**<br>                                **Movant**<br>        vs.<br>**Evangelos G. Kakos**<br>**Desiree M. Kakos**<br>                                **Debtor(s)**<br>**Kenneth E. West Esq.**,<br>                                **Trustee** | **Related to Claim No. 25-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Evangelos G. Kakos
301 Fawn Lane
Phoenixville, PA 19460

Desiree M. Kakos
301 Fawn Lane
Phoenixville, PA 19460

<u>Attorney for Debtor(s)</u>
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502 (VIA ECF)
Philadelphia, PA 19107

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>November 9, 2022</u>

**/s/ Michael P. Farrington**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com